UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ALICIA DARLENE BRONSON BALLARD ) | |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | No. 7:20-CV-153-FL |
| KILOLO KIJAKAZI, *Acting Commissioner of* ) | |
| *Social Security* ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on the court's order to show cause and subsequent failure to file motion for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered November 23, 2021 and January 18, 2022 and for the reasons set forth more specifically therein, this case is dismissed WITHOUT PREJUDICE for plaintiff's failure to prosecute.

**This Judgment Filed and Entered on January 18, 2022, and Copies To:**
H. Clifton Hester  (via US mail to 112 Trotter Street, Roxboro, NC 27573)
Amanda Gilman  (via CM/ECF Notice of Electronic Notification)

| | |
|---|---|
| January 18, 2022 | PETER A. MOORE, JR. CLERK |
| |   /s/ Sandra K. Collins |
| | (By) Sandra K. Collins, Deputy Clerk |